**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Christopher Larive Trahan
Attorney at Law
1302 Lafayette Street
Lafayette LA 70501

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on January 15, 2025

**REHEARING ACTION: January 15, 2025**

**Docket Number: 24   00119-CA**

**CAMERON PARISH POLICE JURY**
**VERSUS**
**CHARLES DARREN BENOIT**

**Appealed from Cameron Parish Case No. 10-20884**

**BEFORE JUDGES:**

  **Hon. Elizabeth A. Pickett**
  **Hon. Sharon Darville Wilson**
  **Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Charles Darren Benoit** has this day been

  **DENIED.**

cc: Brian W Arabie, Counsel for the Appellee